MEF:TAF
F. #2000R01154
Sheferofsky.information

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | I N F O R M A T I O N |
| - against - | Cr. No. 00-CR-1005 <br> (T. 18, U.S.C., §§ 1951, 2 and 3551 et seq.) |
| MICHAEL SHEFEROFSKY, also known as "Mikhail Sater," | |
| Defendant. | |

- - - - - - - - - - - - - - - - X

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Conspiracy to Commit Extortion)

In or about and between January 1990 and December 1999, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MICHAEL SHEFEROFSKY, also known as "Mikhail Sater," together with others, including Ernest Montevecchi, knowingly and intentionally conspired to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by extortion, in that the defendant and others conspired to obtain the property of various businesses in the Brighton Beach area of Brooklyn, New York, including restaurants, food stores, and a medical clinic, with the consent of the owners and proprietors of such businesses, which consent was to be induced by the wrongful use

2

of actual and threatened force, violence and fear.

(Title 18, United States Code, Sections 1951 and 3551 et seq.)

### COUNT TWO
### (Extortion)

In or about January 1996, the defendant MICHAEL SHEFEROFSKY, also known as "Mikhail Sater," together with others, knowingly and intentionally obstructed, delayed and affected commerce, and the movement of articles and commodities in commerce, by extortion, in that the defendant and others obtained the property of Vladimir Krechmar, with the consent of Krechmar, which consent was induced by the wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Sections 1951, 2 and 3551 et seq.)

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

CRIMINAL Action No. CR-_____

## UNITED STATES DISTRICT COURT
### Eastern District of New York

UNITED STATES OF AMERICA

—Against—

MICHAEL SHEFEROFSKY,
a/k/a "Mikhail Sater,"

Defendant.

I N F O R M A T I O N

(T. 18, U.S.C., §§ 1951, 2 and 3551 et seq.).

LORETTA E. LYNCH

United States Attorney, EDNY
Attorney for _____
Office and Post Office Address,
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Due service of a copy of the within _____ is hereby admitted.

Dated: _____, 19 ___

Attorney for _____

---

SIR:

**PLEASE TAKE NOTICE** that the within will be presented for **settlement and signature** to the Clerk of the United States District Court in his office at the U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on the ___ day of _____, 19___, at 10:30 o'clock in the forenoon.

Dated: Brooklyn New York, _____, 19___

To:
United States Attorney,
Attorney for _____

Attorney for _____

---

SIR:

**PLEASE TAKE NOTICE** that the within is a true copy of _____ duly entered herein on the ___ day of _____, in the office of the Clerk of the Eastern District of New York,

Dated: Brooklyn, New York _____, 19___

To:
United States Attorney,
Attorney for _____

Attorney for _____