CRIMINAL CAUSE FOR GUILTY PLEA (SEALED)

BEFORE: U.S.D.J. GARAUFIS   DATE: 10/26/00   TIME: 11:00 AM

DOCKET NUMBER: CR 00-1005          TITLE: USA -V- SHEFEROFSKY

DEFT. NAME: MICHAEL SHEFEROFSKY _____ DFT. #:___
   X PRESENT, __NOT PRESENT, X IN CUSTODY, __ON BAIL

   ATTY FOR DEFT.: ROBERT STAHL          __CJA
             X PRESENT,  __NOT PRESENT   __RET
                                         __PDA

DEFT. NAME: _____ DFT. #:_____
   __PRESENT, __NOT PRESENT, __IN CUSTODY __ON BAIL

   ATTY FOR DEFT.: _____ __CJA
             __PRESENT,  __NOT PRESENT    __RET
                                          __PDA

A.U.S.A.: TOM FIRESTONE           DEPUTY CLERK: J. RECCOPPA

COURT REPORTER(S) OR ESR OPERATOR: FRED GUERINO

INTERPRETER(S): _____ OTHER: _____

   Docket clerks: Enter all information under KCE, then
                  enter other vital event names as needed.
X CASE CALLED. KCE

✓ DEFT(S) _Sheferofsky_ ENTERS {KPL} OF <GUILTY TO
  COUNT(S) _1+2_ OF THE (SUPERSEDING) INDICTMENT INFORMATION
  {GPL}> OR <NOT GUILTY TO ALL CHARGES. {NGPL}> OR <NOLO
  CONTENDERE. {NOLOPL}>

✓ COURT FINDS FACTUAL BASIS FOR THE PLEA.

✓ SENTENCING SET FOR _Friday, January 12, 2001 at 11:45AM_ REGARDING
  DEFT(S) _Michael Sheferofsky_ {KSEN}

OTHER: _____