## CRIMINAL CAUSE FOR SENTENCING

BEFORE JUDGE: __GARAUFIS__   DATE: __6/20/06__   TIME: __9:30 AM__

DOCKET NUMBER: __00-CR-1005__   TITLE: __USA - SHEFEROFSKY__

DEFT. NAME __MICHAEL SHEFEROFSKY__   DFT. #: _____ __X__
   __X__ PRESENT, ___NOT PRESENT,   CUSTODY   __X__ ON BAIL

   ATTY FOR DEFT.: __ROBERT STAHL__

                              __X__ PRESENT, ___NOT PRESENT   ___RET
                                                              ___PDA
DEFT. NAME: _____ DFT. #: _____
   ___PRESENT, ___NOT PRESENT, ___IN CUSTODY, ___ON BAIL

       ATTY FOR DEFT.: _____   ___CJA
                              ___PRESENT, ___NOT PRESENT   ___RET
DEFT. NAME: _____ ___ IN CUSTODY                   ___PDA
       ATTY FOR DEFT. _____ ___ NOT PRESENT

A.U.S.A.: __THOMAS FIRESTONE__

DEPUTY CLERK: __JOSEPH RECCOPPA__

COURT REPORTER(S) OR ESR OPERATOR: __Ronald Tolken__

INTERPRETER(S): _____   OTHER: _____

   Docket clerks: Enter all information under KCE, then
                  enter other vital event names as needed.

OTHER: __Lee judgmt__