D/F

WYC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 10 2006 ★

BROOKLYN OFFICE

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

       - against -

MICHAEL SHEFEROFSKY,

       Defendants.

- - - - - - - - - - - - - - - X

U N S E A L I N G   O R D E R

Cr. No. 00 Cr. 1005 (NGG)

       Application having been made by Assistant United States Attorney Winston Y. Chan for an Order unsealing the above-captioned matter, which was previously filed under seal, it is hereby

       ORDERED that the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           July 26, 2006

                                s/Nicholas G. Garaufis
                                HON. NICHOLAS G. GARAUFIS
                                UNITED STATES DISTRICT JUDGE
                                EASTERN DISTRICT OF NEW YORK